IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT D. RIGGS,<br><br>Plaintiff,<br><br>v.<br><br>CCA, CROSSROADS CORRECTIONAL FACILITY IN SHELBY MONTANA, et al.,<br><br>Defendants. | CV-16-92-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled, Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or before February 26, 2021, or show good cause for their failure to do so.

DATED this 26th day of January, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

-1-