IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS

| | |
|---|---|
| ROBERT D. RIGGS,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN BERKEBILE, U/M WANDLER, CHIEF BUSSBY, LT. WEAVER, C/M GOLD, U/M CHRISTIANS, CHIEF STEWART, DOC MONITOR KENYON, WARDEN FENDER, SGT. MOHART, ASST. WARDEN POWELL, and CCA, CROSSROADS FACILITY,<br><br>Defendants. | Case No. CV-16-00092-GF-BMM-JTJ<br><br>**ORDER DISMISSING CCA DEFENDANTS** |

Plaintiff Robert D. Riggs and Defendants David Berkebile, C/M Gold, CoreCivic, Inc., f/k/a CCA, Crossroads Correctional Facility, Douglas Fender, Lt. Weaver, Security Chief Busby, Sgt. Morhardt, U/M Christiaens, Assistant Warden Powell and U/M Wandler ("CoreCivic Defendants") filed a Stipulated Motion for Dismissal with Prejudice of CoreCivic Defendants, which was signed by all parties

1

who have appeared in the case. With good cause appearing therefore, as the parties have stipulated to dismissal with prejudice, the stipulated motion is GRANTED.

DEFENDANTS David Berkebile, C/M Gold, CoreCivic, Inc., CoreCivic, Inc., f/k/a CCA, Crossroads Correctional Facility, Douglas Fender, Lt. Weaver, Security Chief Busby, Sgt. Morhardt, U/M Christiaens, Assistant Warden Powell and U/M Wandler ("CoreCivic Defendants") are hereby dismissed with prejudice. With no further defendants remaining in this action, this action is dismissed in its entirety with prejudice.

DATED this 8th day of March, 2021.

                                   *[signature: Brian Morris]*
                                   Brian Morris, Chief District Judge
                                   United States District Court